THOMAS, QUINN & KRIEGER, L.L.P.
Lynn L. Krieger (SBN 209592)
Lara D. Merrigan (SBN 250926)
500 Sansome Street, Suite 450
San Francisco, CA  94111
Tel:   (415) 546-6100
Fax:  (415) 358-5868

Attorneys for Intervenor,
COMMERCE AND INDUSTRY INSURANCE COMPANY

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| CEDRIC K. KAHUE,<br><br>        Plaintiff,<br><br>   v.<br><br>PACIFIC ENVIRONMENTAL CORPORATION and JOHN DOES 1-20; MARY DOES 1-20; DOE PARTNERSHIPS 1-20; DOE ASSOCIATES 1-20; DOE GOVERNMENTAL AGENCIES 1-20; and OTHER ENTITIES 1-20, *In Personam*, and the<br><br>M/V PENCO 1, and M/V PENCO 2, and their engines, equipment, tackle, stores, furnishings, cargo and freight, and DOE VESSELS 1-20, *In Rem*,<br><br>        Defendants. | CIVIL NO. **10-cv-00001-LEK-KSC**<br><br>**ORDER GRANTING INTERVENOR'S REQUEST TO POSTPONE PARTICIPATION AT TRIAL UNTIL AN AWARD HAS BEEN MADE AND THE EXTENT OF INTERVENOR'S LIEN MAY BE DETERMINED** |
| COMMERCE AND INDUSTRY INSURANCE COMPANY,<br><br>        Intervenor. | |

Having considered the Intervenor's Request To Postpone Participation At Trial Until An Award Has Been Made And The Extent Of Intervenor's Lien May Be Determined, and good cause appearing therefor:

IT IS ORDERED that:

1. The intervenor may be excused from participation at trial, although it will be bound by the Court's rulings on matters that arise *prior to* an award, and during any part of the trial from which the intervenor has requested the Court excuse its presence.

2. The intervenor's agreement to be bound without objection to the Court's rulings does *not* apply if the intervenor is called upon to produce a witness to testify during the liability phase of trial (which the intervenor has agreed to do if the plaintiff and defendants are unable to stipulate to the amount of the lien), at which point the intervenor may fully represent its witness during the witness's testimony.

3. The intervenor's agreement to be bound also does not apply to limit or enlarge any rights that arise *after* an award has been made.

DATED: Honolulu, Hawaii, March 29, 2012.



    /s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge